UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK ANDERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>Soho Hotel Owner, LLC,<br><br>Defendant. | Case No: 1:24-cv-02575-KAM-RML<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
         7/17/2024

**MARS KHAIMOV LAW, PLLC**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

By: */s/ Joseph J. Lynett*
Joseph J. Lynett, Esq.
666 Third Avenue
New York, NY 10017
Joseph.lynett@jacksonlewis.com
*Attorneys for Defendant*

7.17.2024